803 A.2d 1156

IN THE MATTER OF ROBERT THOMAS GIBSON, AN ATTORNEY AT LAW.

August 16, 2002.

### *ORDER*

**ROBERT THOMAS GIBSON of MEDIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1996, having been convicted of aggravated assault in violation of 18 *Pa.C.S.A.* 2702(a)(3), a Pennsylvania felony of the third degree, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ROBERT THOMAS GIBSON** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ROBERT THOMAS GIBSON** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ROBERT THOMAS GIBSON** comply with *Rule* 1:20–20 dealing with suspended attorneys.